IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07CR249 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE ANN ALDRICH |
| | ) | |
| ERIC HARRISON, | ) | |
| | ) | |
| Defendant. | ) | **AMENDED ORDER** |

**CONTINUED ORDER FOR STUDY AND REPORT BY THE BUREAU OF PRISONS**

The Bureau of Prisons has notified the court that an extension of the defendants evaluation is necessary to fully prepare a report for the court. Therefore the court grants the Bureau of Prisons request.

IT IS ORDERED that the evaluation period will end on December 3, 2007. The report shall be completed by December 27, 2007.

IT IS SO ORDERED.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2007